1012

[No. 72731-1-I.   Division One.   July 25, 2016.]

HATSUYO "SUE" HARBORD, *Appellant*, v. SAFEWAY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-21008-8, Kimberley Prochnau, J., entered October 24, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Schindler, JJ.

[No. 72947-1-I.   Division One.   July 25, 2016.]

ALLSTATE INSURANCE COMPANY, *Plaintiff*, v. BANK OF AMERICA, *Defendant*.

BANK OF AMERICA, *Plaintiff*, v. EFLEDA PAZ, *Defendant*.

EFLEDA PAZ, *Appellant*, v. ALLSTATE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-33834-3, Monica J. Benton, J., entered December 12, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Appelwick, JJ.

[No. 73045-2-I.   Division One.   July 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. AZEB WELDETENSAY ABAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02463-7, Regina S. Cahan, J., entered January 8, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Appelwick and Leach, JJ.